UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:15-CV-80587-ROSENBERG/HOPKINS

PATRICIA KENNEDY,

    Plaintiff,

v.

FOOD POINT PLAZA, LLC,

    Defendant.
_____/

**ORDER APPROVING CONSENT DECREE
AND DISMISSING CASE WITH PREJUDICE**

**THIS CAUSE** is before the Court upon the Stipulation for Approval and Entry of Consent Decree and Dismissal of Case with Prejudice [DE 63]. The Court has carefully reviewed the Stipulation, and the Consent Decree attached thereto, and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows**:**

1. The parties' Consent Decree is hereby **APPROVED and ENTERED**.

2. Defendant, FOOD POINT PLAZA, LLC, is **DISMISSED WITH PREJUDICE**.

3. The Court retains jurisdiction to enforce the parties' Consent Decree and to determine the amount of attorneys' fees, costs, and litigation expenses to which Plaintiff is entitled.

4. All pending motions are **DENIED AS MOOT**, all deadlines are **TERMINATED**, all scheduled hearings are **CANCELLED**, and the Clerk of the Court is directed to **CLOSE THIS CASE**.

**DONE AND ORDERED** in Chambers, Fort Pierce, Florida this 8th day of February, 2016.

Copies furnished to:
Counsel of record

ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE